**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CURTIS HAMRICK,

       Plaintiff,

v.                                       Case No. 6:19-cv-137-WWB-DCI

PARTSFLEET, LLC, PARTSFLEET II,
LLC, FLEETGISTICS HOLDINGS, LLC,
SCRIPTFLEET, LLC, US PACK
SERVICES LLC, MEDIFLEET, LLC and
US PACK HOLDINGS, LLC,

       Defendants.

_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Status Report and Motion to Extend Stay of Case (Doc. 110). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 111), in which he recommends that the Motion be granted.

After an independent de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 111) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Status Report and Motion to Extend Stay of Case (Doc. 110) is **GRANTED**.

3. The case is **STAYED** until **April 4, 2022**.  The parties shall file a joint status report on or before **April 4, 2022**.

**DONE AND ORDERED** in Orlando, Florida on March 2, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record